UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JEROME VAN ALSTYNE,            )
                               )
    Plaintiff,                 )
                               )
v.                             )   Case No. CV415-091
                               )
AL ST. LAWRENCE, *et al.*,     )
                               )
    Defendants.                )

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Jerome Van Alstyne has failed to comply with the May 15, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court pursuant to 28 U.S.C. § 1915(a)(2). Doc. 4 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). *See* L.R. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102

(11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).[1]

**SO REPORTED AND RECOMMENDED**, this 27th day of May, 2015.

                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA

---

[1] Inexplicably, the County Attorney has filed an Answer despite the fact that the Court did not greenlight this case for service upon St. Lawrence. Doc. 6.